FILED

11/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0071

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0071

_____

DANIEL G. DEBUFF and SANDRA L. DEBUFF,

      Petitioners and Appellees,

   v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION, an
agency of the State of Montana,

      Respondent and Appellant.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Stephen R. Brown, Associate Water Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2020